# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09cv431

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., | )<br>) |
| **Plaintiff,** | )<br>) |
| Vs. | )     **ORDER**<br>) |
| DAVID PEELE & ASSOCIATES, INC.;<br>and PAVEMENT RECONSTRUCTION<br>CONSULTING, LLC, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the court on the joint Motion for Stay Pending Mediation. For cause, the parties have shown that while the agreement between these parties is not subject to mandatory arbitration, the parties have agreed to mediate this action in conjunction with an ongoing arbitration of a related contract between plaintiff and another party. Review of the pleadings further reveals that an exceptionally qualified arbitrator, Jackson Steele (a member of the Bar of this court), is the arbitrator, and that he has taken prompt action in setting this matter for arbitration in March 2010. Further informing the court's decision is the agreement by the parties to dissolution of this stay on April 5, 2010, and the submission of a CIAC on that date. Having considered the joint motion and reviewed the pleadings, and finding that judicial economy would be served by granting the proposed relief

and that the parties have done an exceptional job in providing the court with pertinent information and a reasonable schedule, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay Pending Mediation (#17) is **GRANTED,** and all proceedings in this action are **STAYED** up to an inclusive of April 5, 2010. On April 5, 2010, the stay shall automatically dissolve and the parties shall file their CIAC not later than April 12, 2010.

Signed: February 4, 2010

Dennis L. Howell
United States Magistrate Judge